# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:    **Arthur D Hawkins**            )        Case 12 B 50127
          **Kitty Harding-Hawkins**       )
                                          )        **Judge Deborah L Thorne**
                    Debtor(s)             )

## *Withdrawal of Notice of Final Cure Mortgage Payment*

Arthur Hawkins                          *Glenda Gray via the clerk's electronic*
Kitty Harding-Hawkins                   *service*
15520 S Kedzie Apt 123
Markham, IL 60426

    Please take notice that the Trustee's previously filed Notice of Final Cure Mortgage Payments is hereby withdrawn as it only applies to mortgages with current mortgage payments.

## *Certificate of Service*

    The undersigned certifies that this office served a copy of the foregoing Notice upon the above listed parties on **February 23, 2018** by placing a copy of same in the U.S. mail, first class postage prepaid and/or addressed as indicated above.

                                                      O. Anthony Olivadoti
                                                      for Marilyn O. Marshall,
                                                      Standing Trustee

Marilyn O. Marshall
Standing Trustee
224 S. Michigan
Suite 800
Chicago, IL 60604
312-431-1300